NO









NO. 12-10-00106-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

BENJAMIN GEORGE SIMPSON,

APPELLANT                                                     '     APPEAL
FROM THE 

 

V.                                                                         '     COUNTY COURT
AT LAW OF

 

THE STATE OF TEXAS,                                 '     ANDERSON
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
was convicted of assault causing bodily injury and sentenced to one year of
confinement in the Anderson County Jail.  After sentencing, Appellant filed a
notice of appeal and a motion for new trial.  We have received a copy of the trial
court’s order granting Appellant’s motion for new trial.  This order renders
this appeal moot.  Accordingly, we dismiss the appeal.

Opinion delivered June 9, 2010.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)